**Order entered August 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00219-CV

### ATHAS HEALTH, LLC D/B/A NORTH AMERICAN SPINE, Appellant

### V.

### MELODY TREVITHICK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PAUL TREVITHICK, DECEASED AND DAMON TREVITHICK AND SEDRIC TREVITHICK, INDIVIDUALLY, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06184**

## ORDER

We **GRANT** appellees' August 12, 2016 unopposed motion for extension of time to file

appellees' brief  and **ORDER** appellees' brief be filed no later than September 21, 2016.

/s/      ELIZABETH LANG-MIERS
JUSTICE